# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**SARAH MCMILLAN**                                           **CIVIL ACTION NO:**

**VERSUS**                                                           **3:23-CV-247-JWD-SDJ**

**FCA US, LLC**

---

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, SARAH MCMILLAN (hereinafter "MCMILLAN"), who respectfully notifies this Honorable Court that the parties have reached a settlement in this matter. Upon completion of the settlement documents, the parties will file a dismissal of the action.

**RESPECTFULLY SUBMITTED,**

**DUCK LAW FIRM, L.L.C.**

/s/ *Kevin R. Duck*
**KEVIN R. DUCK (LA23043)**
5040 Ambassador Caffery Parkway
Suite 200
Lafayette, Louisiana 70508
Telephone: (337) 406-1144
Facsimile: (337) 406-1050
Email: krd@ducklawfirm.com

**Attorney-in-Charge for Plaintiff,**
**SARAH MCMILLAN**

## CERTIFCATE OF SERVICE

      I HEREBY CERTIFY that a copy of the above and foregoing document has been duly served upon all known counsel of record on this 10th day of July, 2023, via electronic mail.

                /s/Kevin R. Duck
                KEVIN DUCK